**In the Interest of A.M.R. (Child);**

**D.J.S. and G.L.S. (Adoptive Parents), Respondents,**

v.

**Z.T. (Natural Father) and H.D.R. (Natural Mother), Appellants.**

**Nos. WD 60311, WD 60458.**

Missouri Court of Appeals,
Western District.

March 26, 2002.

Sammie J. Small Edwards, Kansas City, MO, Attorney and Guardian for A.M.R.

Michael W. Hanna, Raytown, MO, Attorney for Respondent D.J.S. and G.L.S.

Before ULRICH, P.J., BRECKENRIDGE and HARDWICK, JJ.

### ORDER

PER CURIAM.

This appeal arises from the termination of a putative father's parental rights and grant of adoption based on abandonment. For reasons stated in the Memorandum

provided to the parties, we affirm. Rule 84.16(b).